**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DA JUAN WANG, | No. 09-70052 |
| Petitioner, | Agency No. A075-765-438 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 6, 2012[**]

Before:     B. FLETCHER, REINHARDT, and TASHIMA, Circuit Judges.

Da Juan Wang, a native and citizen of China, petitions for review of the

Board of Immigration Appeals' ("BIA") order denying her motion to reopen

removal proceedings.  We have jurisdiction under 8 U.S.C. § 1252.  We review for

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

an abuse of discretion the BIA's denial of a motion to reopen.  *See Toufighi v. Mukasey*, 538 F.3d 988, 992 (9th Cir. 2008).  We deny the petition for review.

The BIA did not abuse its discretion by denying Wang's motion to reopen as untimely, where she filed the motion more than six years after the BIA's final order, *see* 8 C.F.R. § 1003.2(c)(2), and Wang failed to demonstrate that there has been a material change in circumstances in China with respect to the government's mistreatment of political dissidents, *see Najmabadi v. Holder*, 597 F.3d 983, 991 (9th Cir. 2010); *He v. Gonzales*, 501 F.3d 1128, 1132 (9th Cir. 2007) (a change in personal circumstances does not establish changed country conditions).

Wang's request for oral argument is denied.

**PETITION FOR REVIEW DENIED.**